UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Torres,

                              Plaintiff,

              -against-

Andrew Saul, Commissioner of Social
Security,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/6/2020___

1:19-cv-06166 (LGS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's motion for attorney's fees pursuant to Equal Access to

Justice Act (EAJA), 28 U.S.C. § 2412. (ECF No. 17.) The Commissioner shall respond by April 30,

2020.

**SO ORDERED.**

DATED:       New York, New York
             April 6, 2020

                                             _____
                                             STEWART D. AARON
                                             United States Magistrate Judge